## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL PARISI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 10-897 (RJL) |
| ) | |
| LAWRENCE SINCLAIR A/K/A ) | |
| "LARRY SINCLAIR," *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 24 day of August, 2011, hereby

**ORDERED** that defendant Rense's Motion to Dismiss [#56] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice as to defendant Rense.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge